PAUL L. GALE (SBN 65873)
Email: pgale@rdblaw.com
ERIK M. PRITCHARD (SBN 244622)
Email: epritchard@rdblaw.com
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Fax: (949) 622-2739

*Attorneys for Plaintiff*
*Motorcycle Safety Foundation, Inc.*

FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MOTORCYCLE SAFETY FOUNDATION, INC., a not-for-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON STATE UNIVERSITY, et al.,<br><br>　　　　Defendants. | Case No. SACV06-1209 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

DOCKETED ON CM
AUG - 1 2007
BY _____ 178

ORIGINAL

852001 v 1

[PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's *Ex Parte* Application for a Temporary Restraining Order, it is this ___30th___ day of July, 2007, hereby:

ORDERED that Plaintiff's *Ex Parte* Application for a Temporary Restraining Order is GRANTED; and

FURTHER ORDERED that Stephen Garets is temporarily enjoined from proceeding with his lawsuit against MSF filed in the District of Oregon; and

FURTHER ORDERED that Stephen Garets shall show cause on August ___, 9.10.07 2007, why a preliminary injunction should not issue enjoining him from proceeding with his lawsuit against MSF filed in the District of Oregon during the pendency of this action.

_____
United States District Judge

Garets brief due 8.15 8.20.07
MSF Reply 8.27 8.31.07
Hearing 1:30 pm 9.7 9.10.07

BQ Per stip, TRO to remain in effect through 9.10.07. JVS

852001 v 1

- 1 -

[PROPOSED] TEMPORARY RESTRAINING ORDER

# PROOF OF SERVICE

*Motorcycle Safety Foundation, Inc. v. Oregon State University*
USDC Case No. SACV06-1209 JVS (RNBx)

I, Felisa H. Lybarger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1200, Irvine, California 92614-8592 and my email address is flybarger@rdblaw.com. On July 26, 2007, I served the foregoing document(s) described as:

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

[X] **BY ELECTRONIC MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list. I did not receive, within reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY FACSIMILE TRANSMISSION**: The papers have been transmitted to a facsimile machine by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The copy of the notice or other paper served by facsimile transmission shall bear a notation of the date and place of transmission and the facsimile telephone number to which transmitted or be accompanied by an unsigned copy of the affidavit or certificate of transmission which shall contain the facsimile telephone number to which the notice of other paper was transmitted to the addressee(s).

On the interested parties in this action by placing a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 26, 2007, at Irvine, California.

Felisa H. Lybarger

852019 v 1

# SERVICE LIST
*Motorcycle Safety Foundation, Inc. v. Oregon State University*
USDC Case No. SACV06-1209 JVS (RNBx)

| | |
|---|---|
| Charles E. Fletcher, Esq.<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Tel: 503/947-4700<br>Fax: 503/947-4793<br>Email: charles.fletcher@doj.state.or.us | *Attorneys for Oregon Defendants* |
| Benjamin Gary Diehl, Esq.<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California 90013<br>Tel. 213-897-5548<br>Fax 213-897-4951<br>Email: benjamin.diehl@doj.ca.gov | |